**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
April 11, 2006

CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| **PEDRO RIVERA TOVAR,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 3:05-cv-2145-R |
| | § | |
| **GARLAND CITY POLICE CHIEF,** | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTS FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The Court has reviewed the proposed findings, conclusions and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

It is so **ORDERED.**

**ENTERED: April 11, 2006.**

_____
**JUDGE JERRY BUCHMEYER
SENIOR U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**